**Order entered January 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00026-CV

### IN RE REBECCA DONDERO, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's motion for temporary relief as moot. We **ORDER** relator to bear the costs

of this original proceeding.


/s/     ROBERT M. FILLMORE
        JUSTICE